**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TARA T. PEACE,**

Plaintiff,

v.

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, et al.,**

Defendants.

CASE NO. 3:26 CV 1256

JUDGE JAMES R. KNEPP II

**MEMORANDUM OPINION AND ORDER**

*Pro se* Plaintiff Tara T. Peace, fka Todd E. Peace, filed a prisoner civil rights complaint in this case against multiple Defendants on June 1, 2026 (Doc. 1), along with other motions, including a Motion to Proceed *In Forma Pauperis* (Doc. 2). Before the Court ruled on the motion to proceed *in forma pauperis* or screened the complaint in accordance with 28 U.S.C. § 1915, Plaintiff filed a Motion for Leave to File an Amended Complaint, seeking to add additional Defendants and claims in the case based on conduct allegedly occurring after the filing of the initial complaint. (Doc. 5).

Rule 15(a) of the Federal Rules of Civil Procedure authorizes a party to amend a pleading once as a matter of course "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading, or 21 days after service of motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Because Plaintiff seeks to file an amended complaint prior to any responsive pleadings being filed, no motion to amend is necessary.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 5) is DENIED as moot.

Plaintiff, however, did not file one Amended Complaint in this case, setting forth all of the claims Plaintiff seeks to pursue against all of the Defendants Plaintiff wishes to sue in one pleading. And the Court will not endeavor to piece together Plaintiff's claims from the separate pleadings filed (*i.e.*, Docs. 1 and 5). Accordingly, if Plaintiff wishes to file an Amended Complaint in this case, Plaintiff must do so in *one*, consolidated Amended Complaint which sets forth *all* of the claims Plaintiff seeks to assert in this case and naming *all* of the Defendants Plaintiff seeks to sue.[1] Upon receipt of such an Amended Complaint, the Court will consider the motion to proceed *in forma pauperis* and screen any Amended Complaint filed, if appropriate, pursuant to 28 U.S.C. § 1915.

Plaintiff should file any such Amended Complaint in accordance with this Order within 20 days of the date of this Order.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2026

1. With such pleading, Plaintiff must file any additional summonses and U.S. Marshal forms that are required.